UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH PITTMAN; JAMES PETTUS,

                Plaintiffs,

-against-

JUDGE MIRIAM BREIR; JUDGE LACH; JUDGE HAGLER; JUDGE BRIGANTI; JUDGE MCSHAN; BOARD OF DIRECTORS, 800 GRAND CONCOURSE, OWNERS; ATTY MATTHEW SCHWARZ LAW FIRM OF GEIST SCHWARZ; JELLINEK,

                Defendants.

24-cv-6694 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 28, 2024, the Court: (1) grants Pittman leave to proceed in this action IFP; (2) denies Pettus leave to proceed in this action IFP; and (3) dismisses all of the claims raised in this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court warns Pittman further duplicative or frivolous litigation filed by her in this court may result in an order barring her from filing new civil actions in this court IFP unless she first obtains permission from the court to file. The February 4, 2005 order issued in *Pettus*, No. 05-CV-1439 (MBM), barring Pettus from filing any new civil action in this court IFP without first seeking permission of the court, remains in effect.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 30, 2024
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge